UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CONSTANCE MULDER,

    PLAINTIFF,

v.

WELLS FARGO BANK N.A.,

    DEFENDANT.

CASE NO. 5:17-cv-278-KKC

## NOTICE OF SETTLEMENT

Please take notice that the parties have resolved all claims in this action. The parties intend to file an agreed order of dismissal with prejudice within 45 days, upon the execution of a mutually agreeable settlement agreement.

Respectfully submitted,

| /s/ James McKenzie (by JSM w/permission) | /s/ Jeffrey S. Moad |
|---|---|
| James R. McKenzie | Christy A. Ames |
| J. Hays Lawson | Jeffrey S. Moad |
| Credit Defense Attorneys, PLLC | STITES & HARBISON PLLC |
| 116 Sherrin Ave, Suite 4 | 400 West Market Street, Suite 1800 |
| Louisville, KY 40207 | Louisville, KY 40202-3352 |
| Tel: (502) 371-2179 | Tel: (502) 587-3400 |
| Email: jmckenzie@jmckenzielaw.com | Email: cames@stites.com |
|     hays@creditdefenseky.com |     jmoad@stites.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I served the foregoing document on all counsel of record through CM/ECF.

*s/Jeffrey S. Moad*
Counsel for Defendant