# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT LEXINGTON

| | |
|---|---|
| **CONSTANCE MULDER,** | **CIVIL ACTION NO. 5:17-278-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **WELLS FARGO BANK, N.A.,** | |
| **Defendant.** | |

*** *** ***

This matter having come before the Court by a Stipulation of Dismissal with Prejudice [DE 12],

IT IS HEREBY ORDERED:

1.      Pending motions in the case are hereby deemed **MOOT**.

2.      All pending deadlines are considered **SET ASIDE**.

3.      This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET**.

Dated October 2, 2017.

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY